# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

In Re:

FRANCISCO JAVIER JAYME and
ALICIA ROJAS JAYME,
        Debtors.                              Bankruptcy No. 15-10504-t7
                                              Adversary No. 15-01079-t

FRANCISCO JAVIER JAYME and
ALICIA ROJAS JAYME,
        Appellants,                       Civ. No. 1:18-cv-00019-MV-KRS

v.

JOE JESSE MONGE and ROSANA
ELENA MONGE,
        Appellees.

# ORDER TO SHOW CAUSE

    **THIS MATTER** is before the Court *sua sponte* following a review of the record in the above-titled cause.   On January 8, 2018, Appellants filed a Notice of Appeal and Statement of Election (Doc. 1).   In their notice, Appellants expressed their intention to appeal the Bankruptcy Court's order denying their Motion to Quash Amended Witness List and Motion to Strike Exhibits.   However, Appellants failed to timely file a statement of the issues to be presented and designations of items to be included in the record on appeal as mandated by Fed. R. Bankr. P. 8009(a)(1)(A).   Importantly, an appellant's failure to take any step beyond filing a notice of appeal may provide the district court with grounds to dismiss the appeal.   Fed. R. Bankr. P. 8003(a)(2).

    **IT IS, THEREFORE, ORDERED** that **on or before October 4, 2018**, Appellants shall file a response to this Order showing cause why this appeal should not be dismissed.   Appellants are hereby notified that **failure to respond to this Order may result in dismissal of this case**

**without prejudice and without further notice**.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE